# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHAWN HORNBECK, et al. each on behalf of himself and others similarly situated; <br><br>  Plaintiffs, <br><br> v. <br><br> ORSCHELN FARM AND HOME, LLC d/b/a ORSCHELN FARM AND HOME, et al. <br><br>  Defendants. | ) ) ) ) ) ) ) Case No. 18-00941-CV-W-BP ) ) ) ) ) ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 22nd day of August, 2019, the parties herein having filed a Stipulation Of Dismissal Without Prejudice of Defendant Martin Operating Partnership, L.P. d/b/a Martin Lubricants pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice as to the defendant listed above only.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: August 23, 2019