# EXHIBIT 2



www.rg2claims.com

Presented by:
William W. Wickersham, Esquire
Vice President, Business Development and Client Relations
(212) 471-4777
wwwickersham@rg2claims.com

## Estimate of Costs for Notice & Administration Services related to:
### *Citgo Nationwide Class Action*

### EXPERIENCE
RG/2 Claims Administration LLC is a full service class action settlement administration company formed by a team of attorneys and financial and accounting professionals with decades of experience handling complex claims.

### SERVICE
The RG/2 Claims team is a talented group of professionals who provide the comprehensive range of services required to meet the notice and administration needs of Counsel in this matter. We have analyzed Court documents and other information available regarding your case and have put together the best package for your administration needs, including but not limited to: class member notification via direct postcard and publication notice; collection, analysis, and processing of claims; fraud prevention measures; and, distribution of settlement funds to approved class members.

### CUTTING EDGE TECHNOLOGY
To execute the Notice, Administration, and Distribution processes described in this proposal our team will utilize our proprietary and customizable CLEVerPay® technology to offer flexible decision making and unparalleled resource management, as well as real-time updates and reporting. CLEVerPay® is a single-source database solution that centralizes settlement administration from notification to distribution and reconciliation.

### FRAUD PREVENTION

RG/2 uses a variety of fraud protection controls throughout the administration process to identify potential fraudulent claims. Duplicate claim searches (by class member name, address, and social security number, if applicable), spot reviews and other standard audit report procedures that examine the information in a variety of ways, will be used during the claims review process. Furthermore, RG/2 will review and compare the settlement database for this Settlement against the "watch list" of known potential fraudulent filers that RG/2 developed throughout its years of experience as a claims administrator. RG/2 also works closely with the FBI to update that watch list with the latest information available.

| Cost Estimate Summary | | |
|---|---|---:|
| Setup Cost | $ | 11,683 |
| Notification Cost | $ | 456,894 |
| Processing Costs | $ | 56,638 |
| Telephone & Email Support | $ | 15,462 |
| Fund Distribution & Tax Reporting | $ | 136,620 |
| Project Management | $ | 32,191 |
| Total Estimated Cost | $ | 709,486 |

CONFIDENTIAL PROPOSAL-NOT FOR DISTRIBUTION



Presented by:
William W. Wickersham, Esquire
Vice President, Business Development and Client Relations
(212) 471-4777
wwwickersham@rg2claims.com

www.rg2claims.com

# Estimate of Costs for Notice & Administration Services related to:
## *Citgo Nationwide Class Action*

**Assumptions Used In Estimate Preparation**

RG/2 Claims Administration LLC's proposal relies upon the assumptions set forth herein. Any services not discussed herein but required by counsel, the Orders of the Court, or Settlement Agreement will be billed in addition to this proposal.

| Class Size | Quantity |
|---|---|
| Total Class Members | 215,000 |
| Notices Mailed | 86,000 |

| Claim Processing | |
|---|---|
| Claims Filed | 10,000 |
| Opt-Outs Received | 25 |
| Checks Issued | 96,000 |

#### Mailing & Damage Data

This estimate assumes mailing list and damage data will be provided in useable electronic format. Data in useable electronic format includes mailing data, social security numbers, and finalized damage data required for settlement payment calculation. Where damage data requires analysis of multiple or duplicative records per settlement class member or requires the consolidation or accumulation of data, additional time beyond that contemplated by this estimate may be required and will be charged in addition to the estimate above by RG/2 staff at their preferred rates. RG/2 accepts data in all standard file formats including excel files (.xls), text files (.txt), comma separated value files (.csv), and access databases (.mdb). Requests to process data from proprietary databases or paper records, or other sources not identified above can be performed by RG/2 staff at their preferred rates.

#### Telephone Support
Proposal assumes live operators required and no-IVR is required.

#### Distribution
This proposal assumes a single distribution.

#### Tax Reporting
Assumes QSF tax filing is required and no other tax reporting is required.

#### Publication Notice
RG2 will work in good faith with the parties to develop and implement an appropriate publication notice plan to be approved by the parties and the Court.

#### Notice Package

Assumes 4 page generic notice to 86,000 class members that includes total $ purchased without details.

CONFIDENTIAL PROPOSAL-NOT FOR DISTRIBUTION



Presented by:
William W. Wickersham,
Esquire
Vice President, Business
Development and Client
Relations
(212) 471-4777

## Estimate of Costs for Notice & Administration Services related to:
### *Citgo Nationwide Class Action*

**Design & Development**
Start Up - Development of Case-Specific Notice Plan

**Case Intake including Claim Form Design**
Review Notice, Design and Typeset Forms
Data Management
Set Up Email Notice

**Case Website**
Develop Static website with Case documents
Develop Claim Portal
Monthly Maintenance (months)
Website Customizations

| Subtotal: Setup Cost | | $ | 11,683 |
|---|---|---|---|

| | | $ | 370,568 |
|---|---|---|---|
| **Publication Notice** | | | |
| **Print** | Circulation | | |
| *Successful Farming* | 390,000+ | | |
| *Farm & Ranch Living* | 200,000 | | |
| *Progressive Farmer* | 412,352 | | |
| *Farm Journal* | 335,075 | | |

**Regional Print**
*Placement of Notice in Regional Weekly Publications*     See Attached
*Placement of Notice in Regional Daily Publications*     See Attached

| **Specialty Digital** | Impressions |
|---|---|
| *Progressive Farmer* | 500,000 |
| *Farm Journal* | 600,000 |

| **Digital** | Impressions |
|---|---|
| *Google Display Network* | 12,643,700 |
| *Search Engine* | TBD |
| *Facebook* | 4,635,000 |

**Radio/TV**
*RFD-TV (44 30 second spots)*
*Ag Network (140 60 second spots)*
*Rural Radio -- (60 30 second spots)*

*Issue Press Release*
*Project Management*

CONFIDENTIAL PROPOSAL-NOT FOR DISTRIBUTION



www.rg2claims.com

Presented by:
William W. Wickersham,
Esquire
Vice President, Business
Development and Client
Relations
(212) 471-4777

## Estimate of Costs for Notice & Administration Services related to:
### *Citgo Nationwide Class Action*

| | Quantity (hours/pieces) |
|---|---|
| ***Direct Notice Campaign*** | |
| Issue Notice via Email to Class | 86,000 |
| Issue 4-Page Notice by Mail | 86,000 |
| NCOA and Mail | |
| Postage | 86,000 |
| | |
| ***Notice Follow Up*** | |
| Process Returned Notices | 8,600 |
| Skiptrace | 8,600 |
| Remail | 8,600 |
| Postage | 8,600 |

| Subtotal: Notification Cost | $ | 456,894 |
|---|---|---|

CONFIDENTIAL PROPOSAL-NOT FOR DISTRIBUTION

2/11/2020



www.rg2claims.com

Presented by:
William W. Wickersham,
Esquire
Vice President, Business
Development and Client
Relations
(212) 471-4777

## Estimate of Costs for Notice & Administration Services related to:
### *Citgo Nationwide Class Action*

**Claim Form Processing**

| | |
|---|---|
| Input Opt-Outs into Proprietary Database | 25 |
| Import Portal Claims | 8,000 |
| Claim Form Processing | 2,000 |
| Basic Claim Review | 9,500 |
| Claim Review including Damage evaluation | 500 |
| Issue deficiency/Denial letters | 100 |
| Process responses to deficiency letters | 100 |
| Postage | 100 |

| Subtotal: Processing Cost | $ | 56,638 |
|---|---|---|

**Telephonic Database Support**

| | |
|---|---|
| *Telephone Calls* | 3,225 |
| *Min Per Call* | 3 |
| Total Minutes | 9,675 |
| *Live Operator Minutes\** | 9,675 |
| Emails | 500 |
| *minimum $250 per month | |

| Subtotal: Telephone and Email Support | $ | 15,462 |
|---|---|---|

| | Quantity (hours/pieces) | Amount |
|---|---|---|
| **Distribution** | | $ 135,120 |
| Issue Paper Checks | 96,000 | |
| Postage | 96,000 | |
| Bank Fees | | |
| Reissue Checks | 4,800 | |
| Postage | 4,800 | |
| **Tax Filings** | | $ 1,500 |
| QSF Tax Return Prep & Filing (1 year @ 5 hours per year) | | |

| Subtotal: Fund Distribution & Tax Preparation | $ | 136,620 |
|---|---|---|

| Case Management, Data Management, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | $ | 32,191 |
|---|---|---|
| Subtotal: Project Management | $ | 32,191 |

| *Estimated Notice and Administration Costs and Expenses* | $ | 709,486 |
|---|---|---|

CONFIDENTIAL PROPOSAL-NOT FOR DISTRIBUTION

2/11/2020

| County | Publication | Pub day(s) | Daily circ |
|---|---|---|---|
| Adair | Adair News | Thursday | 955 |
| Adams | Corning Adams Co. Free Press | Thursday | 1,095 |
| Allamakee | Waukon Standard | Wednesday | 2,850 |
| Audubon | Audubon County Advocate Journal | Friday | 1,374 |
| Butler | Parkersburg Eclipse-News-Review | Wednesday | 1,122 |
| Chickasaw | New Hampton Tribune | Tuesday | 2,072 |
| Clayton | Guttenberg Press | Wednesday | 2,018 |
| Davis | Bloomfield Democrat | Wednesday | 1,489 |
| Decatur | Leon Journal-Reporter | Wednesday | 1,590 |
| Delaware | Manchester Press | Wednesday | 1,979 |
| Franklin | Hampton Chronicle | Wednesday | 1,506 |
| Greene | Jefferson Herald | Thursday | 1,841 |
| Guthrie | Bayard News Gazette | Thursday | 1,294 |
| Hancock | Garner Leader | Wednesday | 1,123 |
| Howard | Cresco Times Plain Dealer | Wednesday | 2,447 |
| Keokuk | Sigourney News-Review | Wednesday | 1,299 |
| Kossuth | Algona Kossuth County Advance | Thursday | 2,566 |
| Lyon | Doon Press | Thursday | 1,108 |
| Mitchel | Osage Mitchell Co. Press-News | Tuesday | 1,624 |
| Osceola | Ocheyedan Press-Melvin News | Wednesday | 1,100 |
| Palo Alto | Emmetsburg Democrat | Thursday | 1,575 |
| Pocahontas | Pocahontas Record Democrat | Wednesday | 1,517 |
| Ringgold | Mount Ayr Record News | Thursday | 1,755 |
| Sac | Sac City Sac Sun | Tuesday | 1,164 |
| Taylor | Bedford Times Press | Wednesday | 1,050 |
| Van Buren | Keosauqua Van Buren Register | Thursday | 3,194 |
| Wayne | Corydon Times Republican | Tuesday | 1,325 |
| Winneshiek | Decorah Public Opinion | Tuesday | 4,297 |
| Worth | Northwood Anchor | Wednesday | 1,620 |
| **IOWA** | | | **49,949** |

| | | | |
|---|---|---|---|
| Anderson | Garnett Anderson County Area Community News | Tuesday | 3,800 |
| Barber | Gyp Hill Premiere | Monday | 1,051 |
| Chase | Cottonwood Falls Chase County Leader-News | Thursday | 692 |
| Chautauqua and Elk | Sedan Prairie Star | Wednesday | 1,438 |
| Cheyenne | St. Francis Herald & Bird City Times | Thursday | 1,092 |
| Clark | Minneola Clark County Gazette | Wednesday | 760 |
| Coffey | Burlington Coffey County Republican | Thursday | 2,591 |
| Comanche | Coldwater Western Star | Thursday | 751 |
| Decatur | Oberlin Herald | Wednesday | 1,125 |
| Doniphan | Wathena Kansas Chief | Thursday | 1,995 |
| Edwards | Kinsley Edwards County Sentinel | Wednesday | 509 |
| Gove | Quinter Gove County Advocate | Wednesday | 1,143 |
| Graham | Hill City Times | Wednesday | 1,528 |
| Gray | Montezuma Press | Thursday | 877 |
| Hamilton | Syracuse Journal | Wednesday | 646 |

| County | Publication | Pub day(s) | Daily circ |
|--------|-------------|------------|-----------|
| Harper | Anthony Republican | Wednesday | 1,390 |
| Hodgeman | Jetmore Republican | Wednesday | 461 |
| Jackson | Holton Recorder | Mon, Wed | 3,240 |
| Jewell | Mankato Jewell County Record | Thursday | 526 |
| Kearny | Lakin Independent | Wednesday | 995 |
| Kingman | Kingman Leader-Courier | Thursday | 930 |
| Kiowa | Mullinville Merchant's Directory | Wednesday | 414 |
| Lane | Dighton Herald | Wednesday | 665 |
| Lincoln | Lincoln Sentinel-Republican | Thursday | 719 |
| Linn | Pleasanton Linn County News | Wednesday | 1,299 |
| Logan | Oakley Graphic | Wednesday | 902 |
| Marion | Marion County Record | Wednesday | 2,071 |
| Marshall | Marysville Advocate | Thursday | 3,550 |
| Meade | Meade County News | Wednesday | 1,613 |
| Morris | White City Prairie Post | Thursday | 566 |
| Morton | Elkhart Tri-State News | Thursday | 496 |
| Nemaha | Seneca Courier-Tribune | Wednesday | 2,670 |
| Ness | Ness County News | Thursday | 1,295 |
| Norton | Norton Telegram | Wednesday | 963 |
| Osage | Osage City Osage County Herald-Chronicle | Thursday | 3,898 |
| Osborne | Osborne County Farmer | Thursday | 924 |
| Ottawa | Minneapolis Messenger | Thursday | 964 |
| Phillips | Russell Phillips County Review | Wednesday | 952 |
| Rawlins | Atwood Rawlins County Square Deal | Thursday | 1,594 |
| Republic | Belleville Telescope | Thursday | 2,673 |
| Rooks | Stockton Sentinel | Thursday | 1,159 |
| Rush | La Crosse Rush County News | Wednesday | 897 |
| Sheridan | Sheridan Sentinel | Thursday | 503 |
| Sherman | Goodand Star-News | Tues, Fri | 1,119 |
| Smith | Smith County Pioneer | Thursday | 1,535 |
| Stafford | Stafford Courier | Wednesday | 836 |
| Stanton | Johnson Pioneer | Thursday | 703 |
| Stevens | Hugoton Hermes | Thursday | 1,146 |
| Trego | Russell Western Kansas World | Thursday | 1,263 |
| Wabaunsee | Alma Wabaunsee County Signal-Enterprise | Thursday | 983 |
| Wallace | Sharon Springs Western Times | Thursday | 549 |
| Washington | Washington County News | Thursday | 1,909 |
| Wichita | Leoti Wichita County Native Sun (aka Leoti Stand | Wednesday | 583 |
| Woodson | Yates Center News | Thursday | 1,186 |
| **KANSAS** | | | **70,139** |

| | | | |
|--------|-------------|------------|-----------|
| Atchison | Rock Port Atchison County Mail | Thursday | 1,733 |
| Barton | Lamar Democrat | Wednesday | 1,450 |
| Bates | Butler News-Xpress | Friday | 1,200 |
| Caldwell | Hamilton Caldwell County News | Tuesday | 1,082 |
| Carroll | Carrolton Democrat | Wednesday | 1,435 |

| County | Publication | Pub day(s) | Daily circ |
|---|---|---|---|
| Chariton | Salisbury Chariton County Journal | Thursday | 2,200 |
| Clark | Kahoka Media | Wednesday | 2,000 |
| Dade | Greenfield Vedette | Thursday | 1,600 |
| Dallas | Buffalo Reflex | Wednesday | 4,156 |
| Daviess | Gallatin North Missourian | Wednesday | 1,487 |
| Dekalb | Maysville DeKalb Co. Record-Herald | Thursday | 1,308 |
| Douglas | Ava Douglas Co. Herald | Thursday | 2,900 |
| Gentry | King City Tri-County News | Friday | 1,120 |
| Grundy | Trenton Republican-Times | Tues, Fri | 2,000 |
| Harrison | Bethany Republican-Clipper | Wednesday | 2,450 |
| Holt | Oregon Times Observer | Thursday | 875 |
| Howard | Fayette Advertiser | Wednesday | 1,500 |
| Knox | Edina Sentinel | Wednesday | 1,600 |
| Lewis | Canton Press-News Journal | Thursday | 1,083 |
| Macon | LaPlata Macon County Home Press | Wednesday | 1,500 |
| Maries | Vienna Maries County Gazette | Wednesday | 2,260 |
| Mercer | Princeton Post-Telegraph | Thursday | 1,100 |
| Moniteau | California Democrat | Wednesday | 2,580 |
| Monroe | Paris Monroe Co. Appeal | Thursday | 1,200 |
| Oregon | Thayer South Missourian News | Thursday | 1,100 |
| Osage | Linn Unterrified Democrat | Wednesday | 3,900 |
| Ozark | Gainesville Ozark County Times | Wednesday | 3,474 |
| Putnam | Unionville Republican | Wednesday | 1,535 |
| Schuyler | Queen City Schuyler County Times | Thursday | 1,300 |
| Scotland | Memphis Democrat | Thursday | 1,900 |
| Shelby | Shelbina Weekly | Wednesday | 1,400 |
| St. Clair | Osceola St. Clair County Courier | Friday | 1,520 |
| Sullivan | Milan Standard | Thursday | 2,100 |
| Worth | Grant City Times-Tribune | Thursday | 810 |
| Moniteau | Tipton Times | Thursday | 1,465 |
| Taney | Branson Tri-Lake News | Wed, Sat | 6,300 |
| Barry | Cassville Democrat | Wednesday | 1,800 |
| **MISSOURI** | | | **70,423** |

| | | | |
|---|---|---|---|
| Atoka | Atoka County Times | W | 3,099 |
| Blaine | Watonga Republican | W | 1,896 |
| Choctaw | Hugo News | T F | 1,971 |
| Coal | Coalgate Record-Register | W | 1,803 |
| Dewey | Seiling Dewey County Record | TH | 579 |
| Ellis | Shattuck NW Oklahoman | TH | 424 |
| Greer | Mangum Star-News | TH | 1,246 |
| Harper | Buffalo Weekly News | W | 812 |
| Haskell | Stigler News-Sentinel | TH | 3,756 |
| Hughes | Holdenville News | S W | 2,000 |
| Kiowa | Hobart Democrat-Chief | TH | 2,422 |
| Latimer | Wilburton - Latimer Co. News -Tribune | TH | 1,639 |

| County | Publication | Pub day(s) | Daily circ |
|---|---|---|---|
| Lincoln | Chandler - Lincoln County News | TH | 2,901 |
| Noble | Perry Journal | W Sat | 3,338 |
| Nowata | Nowata Star | W | 3,362 |
| Okfuskee | Okemah News Leader | TH | 2,625 |
| Pushmataha | Antlers American | TH | 1,402 |
| Roger Mills | Cheyenne Star | TH | 1,271 |
| Washita | Cordell Beacon | W | 1,511 |
| Washita | Sentinel Leader | TH | 588 |
| Woods | Alva Review Courier | S F | 690 |
| **OKLAHOMA** | | | **39,335** |

| | | | |
|---|---|---|---|
| Calhoun | Hardin Calhoun News-Herald | W | 1,800 |
| Jasper | Newton Jasper County News Eagle | M | 5,650 |
| Schuyler | Rushville Times | W | 2,975 |
| Hamilton | McLeansboro Gazette | Th | 4,500 |
| Pope | Golconda Herald Enterprise | W | 1,500 |
| **ILLINOIS** | | | **16,425** |

| | | | |
|---|---|---|---|
| Antelope County | Orchard/Neligh/Clearwater/Ewing Antelope Co. N | Wednesday | 2,555 |
| Arthur County | Arthur Enterprise | Thursday | 310 |
| Boone County | Albion News* | Wednesday | 1,969 |
| Boyd County | Spencer Advocate | Thursday | 738 |
| Brown County | Ainsworth Star-Journal | Wednesday | 1,279 |
| Burt County | Tekamah Burt Co. Plaindealer* | Tuesday | 1,264 |
| Butler County | David City Banner-Press* | Thursday | 1,632 |
| Cedar County | Hartington Cedar Co. News* | Wednesday | 1,493 |
| Chase County | Imperial Republican* | Thursday | 1,598 |
| Cherry County | Valentine Midland News | Wednesday | 1,502 |
| Cheyenne County | Sidney Sun-Telegraph* | Wed, Fri | 1,459 |
| Clay County | Sutton Clay Co. News* | Wednesday | 1,636 |
| Cuming County | West Point News* | Wednesday | 2,071 |
| Custer County | Broken Bow Custer Co. Chief* | Thursday | 1,865 |
| Dixon County | Ponca NE Journal-Leader | Thursday | 1,296 |
| Dundy County | Benkelman Post & News-Chronicle | Wednesday | 944 |
| Fillmore County | Geneva Nebraska Signal* | Wednesday | 1,854 |
| Franklin County | Franklin County Chronicle | Wednesday | 1,045 |
| Frontier County | Curtis Frontier Co. Enterprise* | Thursday | 822 |
| Furnas County | Cambridge Clarion* | Thursday | 1,671 |
| Garden County | Oshkosh Garden Co. News* | Wednesday | 1,041 |
| Garfield County | Burwell Tribune* | Wednesday | 907 |
| Grant County | Hyannis Grant Co. News | Thursday | 416 |
| Greeley County | Greeley Citizen | Thursday | 807 |
| Harlan County | Alma Harlan Co. Journal | Thursday | 942 |
| Hayes County | Hayes Center Times-Republican | Thursday | 400 |
| Hitchcock County | Trenton Hitchcock Co. News | Thursday | 957 |
| Holt County | O'Neill Holt Co. Independent | Thursday | 1,739 |

| County | Publication | Pub day(s) | Daily circ |
|--------|-------------|------------|------------|
| Hooker County | Mullen Hooker Co. Tribune | Thursday | 722 |
| Howard County | St. Paul Phonograph-Herald | Wednesday | 2,097 |
| Jefferson County | Fairbury Journal-News* | Wednesday | 2,103 |
| Johnson County | Tecumseh Chieftain | Thursday | 1,511 |
| Keya Paha County | Springview Herald | Wednesday | 637 |
| Kimball County | Kimball Western Nebraska Observer* | Thursday | 878 |
| Knox County | Bloomfield/Creighton Knox Co. News/Monitor | Wednesday | 2,338 |
| Logan County | Stapleton Enterprise | Thursday | 703 |
| Morrill County | Bayard Transcript | Wednesday | 971 |
| Nance County | Fullerton Nance Co. Journal | Wednesday | 1,094 |
| Nuckolls County | Superior Express* | Thursday | 2,460 |
| Pawnee County | Pawnee Republican* | Thursday | 1,179 |
| Perkins County | Grant Tribune-Sentinel* | Wednesday | 1,041 |
| Pierce County | Pierce Co. Leader | Thursday | 1,330 |
| Polk County | Stromsburg Polk Co. News* | Thursday | 1,212 |
| Richardson County | Humboldt Standard | Thursday | 720 |
| Rock County | Bassett Rock Co. Leader | Wednesday | 902 |
| Sheridan County | Gordon Sheridan Co. Journal-Star | Wednesday | 1,186 |
| Sherman County | Loup City Sherman Co. Times | Wednesday | 771 |
| Stanton County | Stanton Register | Wednesday | 727 |
| Thayer County | Hebron Journal-Register* | Wednesday | 1,643 |
| Thomas County | Thedford Thomas County Herald | Thursday | 410 |
| Valley County | Ord Quiz* | Wednesday | 1,374 |
| Webster County | Red Cloud Chief | Wednesday | 968 |
| **NEBRASKA** | | | **65,189** |

| | | | |
|--------|-------------|------------|------------|
| Madison County | Huntsville Madison County Record | Thursday | 3282 |
| Newton County | Jasper Newton County Times | Wednesday | 1218 |
| Prairie County | Hazen Grand Prairie Herald | Wednesday | 691 |
| Searcy County | Marshall Mountain Wave | Thursday | 2279 |
| **ARKANSAS** | | | **7,470** |

| | | | |
|--------|-------------|------------|------------|
| Iowa | Iowa Spokesman | | 55669 |
| Illinois | Illinois Agrinews | | 23781 |
| Indiana | Indiana Agrinews | | 12338 |
| Nebraska | Midwest Messenger | | 43794 |
| Missouri | MFA Today's Farmer | | 30372 |
| Oklahoma | OK Farm Bureau Country | | 90000 |
| Arkansas | Arkansas Agriculture | | 46075 |
| Kansas | Kansas Farmer | | 22000 |
| **Weekly Regional Magazines** | | | |

| | | | |
|--------|-------------|------------|------------|
| **GRAND TOTAL 1X frequency** | **Weeklies** | | **487,017** |

| State | Publication | Pub day(s) | Daily circ |
|-------|-------------|------------|-----------|
| IA | Cedar Rapids Gazette | Sun-Sat | 31,666 |
| IA | Des Moines Register | Sun-Sat | 59,921 |
| IA | Dubuque Telegraph Herald | Sun-Sat | 22,109 |
| AR | Arkansas Democrat Gazette | Sun-Sat | 104,539 |
| AR | Fort Smith Times Record | Sun- Sat | 13,754 |
| IL | Chicago Tribune | Sun-Sat | 181,718 |
| IL | Chicago Sun Times | Sun-Sat | 131,402 |
| OK | Oklahoma City Daily Oklahoman | Sun-Sat | 92,073 |
| OK | Tusla World | Sun-Sat | 57,547 |
| NE | Omaha World Herald | Sun-Sat | 155,000 |
| KS | The Salina Journal | Sun-Sat | 19,000 |
| KS | The Witcita Journal | Sun-Sat | 40,000 |
| IN | The Indianapolis Star | Mon- Sat | 166,542 |
| IN | The Times | Sun-Sat | 71,184 |
| MO | The Kansas City Star | Sun-Sat | 183,307 |
| MO | St. Louis Post-Dispatch | Sun- Sat | 178,801 |
| MO | Clinton News | Mon-Fri | 3,685 |
| MO | Columbia Daily Tribune | Wed | 10,500 |
| MO | Columbia Daily Tribune | M-T, Th-Sat | 9,000 |
| MO | Daily American Republic | Tue-Fri | 6,200 |
| MO | Hannibal Courier Post | Tue-Sat | 4,433 |
| MO | Jefferson City News Tribune | Sun-Sat | 15,000 |
| MO | Joplin Globe | Sun-Sat | 18,922 |
| MO | Sedalia Democrat | Mon-Sat | 5,693 |
| MO | Southeastern Missourian | Wed | 15,755 |
| MO | Southeastern Missourian | M-T, Th-Sat | 10,700 |
| MO | Sprinfield News Leader | Sun-Sat | 29,120 |
| MO | St Joseph News Press | Sun-Sat | 23,500 |
| MO | The Examiner | Tue-Sat | 6,500 |



## Estimate of Costs for Notice & Administration Services related to:
### *Citgo Nationwide Class Action*

### Terms and Conditions

All notice and claims administration services to be provided by RG/2 Claims Administration LLC ("RG/2 Claims") to Client shall be subject to the following terms and conditions:

1. Subject to the terms hereof, RG/2 Claims agrees to provide the Client with the notice and/or claims administration services ("Notice/Claims Services") as specified in the Proposal provided to Client to which these Terms and Conditions are attached. Any services not described herein but required by counsel, the Orders of the Court, or Settlement Agreement will be billed in addition to this proposal.

2. Charges to the Client for Notice/Claims Services shall be on a time and materials basis at our preferred regular rates, which are updated on a regular basis. Any fee estimates set forth in the proposal are estimates only, based on information provided by Client to RG/2 Claims and subject to the assumptions set forth above. Actual fees charged by RG/2 Claims to Client may be greater or less than such estimate, and Client shall be responsible for the timely payment of all such charges and expenses.

3. RG/2 Claims does not convey nor does the Client obtain any right in the programs, system data, or materials utilized or provided by RG/2 Claims in the ordinary course of business in the performance of this Agreement.

4. To the extent performance by RG/2 Claims of any of its obligations hereunder is substantially prevented by reason of Force Majeure, any act of God, or by reason of any other matter beyond RG/2 Claims' reasonable control, then such performance shall be excused and this Agreement, at RG/2 Claims' option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.

5. The terms of this agreement will remain in effect until completion of the Notice/Claims Services, unless earlier terminated in accordance with Section 7 hereof.

6. Unless directed otherwise in writing by Client, RG/2 Claims will retain and destroy all records including documents, reports, electronics record, and other materials in accordance with its Record Retention and Destruction Policy.

7. The Notice/Claims Services to be provided under this Agreement may be terminated, at will by the Client upon at least 30 calendar days prior written notice to RG/2 Claims . The Client's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout that 30 day period. RG/2 Claims may terminate this Agreement (i) with 10 calendar days prior written notice, if the Client is not current in payment of charges or (ii) in any event, upon at least 3 months prior written notice to the Client. In the event Client terminates this agreement, RG/2 Claims shall have no obligation to release or provide any data, report, or other information relating to the applicable case until Clients' payment obligation for RG/2 Claims services has been satisfied in full.

8. Any notice required or permitted hereunder shall be in writing and shall be delivered personally, by, or sent by registered mail, postage prepaid, or overnight courier service to the responsible officer or principal of RG/2 Claims or the Client, as applicable, and shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service.

9. No failure or delay on the part of a party in exercising any right hereunder will operate as a waiver of, or impair, any such right. No single or partial exercise of any such right will preclude any other or further exercise thereof or the exercise of any other right. No waiver of any such right will be effective unless given in a signed writing.

10. All accrued payment obligations hereunder, any remedies for breach of this Agreement, this Section and Section 3 regarding rights in data will survive any expiration or termination of this Agreement.

11. The retention or appointment of RG/2 Claims to perform Notice/Claims Services constitutes the Client's agreement to be bound by these Terms and Conditions for the applicable matter.

12. These Terms and Conditions and Proposal provided to Client to which these Terms and Conditions are attached shall constitute the entire agreement between the parties with respect to the subject matter hereof, and supersedes all prior negotiations, representations, and agreements related thereto, either written or oral, except to the extent they are expressly incorporated herein. No addition to, waiver, or modification of any provision of these Terms and Conditions shall be binding unless in writing and signed by a duly authorized representative of RG/2 Claims and Client.

13. RG/2 may be eligible for rebates or volume-based credits from vendors and/or financial institutions. These rebates are the property of RG/2 and will not be passed through to individual matters.

14. This estimate is valid for ninety (90) days from the date of issuance.

# Class Notice Campaign Proposal



## Claims Administration LLC

## MileMaster 303 Tractor Hydraulic Fluid and Orscheln Premium 303 Tractor & Hydraulic Fluid

## - CONFIDENTIAL -

## Strategy overview

- 150-day multi-media national campaign
    - **Online display** – Google Display Network
    - **Online search** – Google Search Engine Marketing
    - **Online social** – Facebook news feed and associated platforms: Instagram, Stories, Instant articles, Messenger, Marketplace
    - **Print** – national agriculture magazines
    - **Print** – state agriculture magazines
    - **Online display** – Ag websites
    - **Print** – daily newspapers
    - **Print** – weekly newspapers
    - **Broadcast** – TV
    - **Broadcast** - radio
    - **Publicity** – PRweb

- All online media will be tested and will start with the allocation of funds and targeting as specified in this notice plan. As the campaign progresses optimization will occur, based on such factors as reach, impressions, clicks to the website, claims will be evaluated so modifications to variables will be made as appropriate. Modifications to variables may include creative (messaging, visuals), targeting, frequency caps, reallocation of budgeted dollars among the media. Elimination of a particular platform is possible if performance is lagging behind expectations. The length of this campaign provides an excellent opportunity for such testing and optimization.

- Call-to-action – Visit http://www.xxxxxxxxxx.com, the website for more information. Plus print publications will offer a phone number and mailing address of RG/2 Claims Administration. We recommend a short URL especially if broadcast media are deployed.

- Digital ad banners will appear on desktop, tablet and mobile devices.

## Target audience/members of the class

The class is comprised of all purchasers of MileMaster 303 Tractor Hydraulic Fluid, Orscheln Premium 303 Tractor & Hydraulic Fluid and SuperTech 303 Tractor Hydraulic Oil within a date range of May 25, 2013 to present. Purchase dates vary within this range depending on circumstances of the transaction (size, merchant, etc.). The size of the class is estimated at ~299,083 purchasers. At 70%, the target reach is ~209,358.

2

# Digital display advertising | Google Display Network

**Overview**
150-day display campaign will deliver an estimated 12,643,700 impressions and 1,264,370 reach based on a frequency cap of 10x over the 150-day campaign. This is geo-targeted nationally.

The display ads are primarily an awareness medium because click-through rates are historically very low in this type of campaign. The ads appear on targeted sites by topic that consumers are visiting, but consumers do not go to the site to view any particular third-party ad.

Eight banner ad sizes will be prepared and submitted to Google and other web sites in the ag network for insertion as inventory is available. The pixel and inch equivalents for desktop viewing (viewed in mobile as well) are:

250 x 250 – Square (3.5" x 3.5")
200 x 200 – Small square (2.75" x 2.75")
468 x 60 – Banner (6.5" x 1")
728 x 90 – Leaderboard (10" x 1.25")
300 x 250 – Inline rectangle (4.25" x 3.5")
336 x 280 – Large rectangle (4.75" x 4")
120 x 600 – Skyscraper (1.75" x 8.25")
160 x 600 – Wide skyscraper (2.25" x 8.25")

The ads will consist of a:
> Photo (where ad size permits)
> Short headline (at least 1, or up to 5 headlines, of 30 characters or fewer)
> Long headline (90 characters or fewer)
> Description (at least 1, or up to 5 descriptions)

We will notify the media to exclude the following site categories: sexually suggestive, profanity and rough language and those that are not yet labeled.

We will target the following topics, although, we have the flexibility to add to remove keywords and topics during the course of the campaign.

**Target Demos**
Age: adults 18+
Language: English

**Topic selections**
Agriculture & Forestry, Industrial Materials & Equipment

**Tactical implementation**
- We will create two ads in each of eight sizes so Google has the flexibility to publish ads on sites in their display network based on ad size

3

availability. Then we will optimize the ads that are meeting performance expectations, and pause ads that are performing poorly.

- Each ad will allow the consumer to click through to the settlement website. Because of some of the more generic topics driving consumers to the site, we expect that you will have a low Google Quality Score. Google Analytics will be a valuable tool in evaluating traffic to the site and in ascertaining what happens once they get there.

# Google Search Engine Marketing
(a/k/a pay-per-click)

### Overview
150-day display campaign. The number of impressions delivered are unknown until the campaign goes live. When a consumer enters a search query online, Google matches it with keywords that the advertiser bids on and an ad displays on the search engine results page (SERP). If the consumer clicks on the ad, they arrive on the settlement website. This is geo-targeted national.

### Target Demos
Adults: 18+
Language: English

### Ad size
All text, no photos permitted with this format. Three headlines of 30 characters and two description lines of 90 characters.

### Typical keyword phrases
303 THF, tractor hydraulic fluid, Super S Super Trac 303 THF, etc. An extensive list will be prepared and submitted for approval.

### Tactical implementation
- We will create a series of ads to appear on the SERP Then we will optimize the campaign by pausing ads that are performing poorly and reallocate budget to the ads that generate the highest click through rate.

- Each ad will allow the consumer to click through to the settlement website. Because of some of the more generic topics driving consumers to the site, we expect that you will have a low Google Quality Score. Google Analytics will be a valuable tool in evaluating traffic to the site and in ascertaining what happens once they get there.

4

# Social media

**Overview**
150-day Facebook campaign has an estimated 4,635,000 impressions and estimated reach of 927,000 based on a frequency cap of 5x over the length of the campaign. digital ads will appear on Facebook newsfeed, Instagram, Stories, Messenger, Marketplace and Instant articles.

**Demos:**
**Age** 18-65+
**Gender** All adults
**Language** English

**Geo targets –** high revenue states: MO, IN, IL, IA, NE, OK, AR, KS

| Impressions | Reach | Freq. cap |
|---|---|---|
| 2,820,000 | 564,000 | 5x |

**Geo targets –** all other 42 states

| Impressions | Reach | Freq. cap |
|---|---|---|
| 1,815,000 | 363,000 | 5x |

**Ad size**
Feed text: 125 characters
Feed headline: 25 characters
Feed link description: 30 characters
Ad must be 600x600 pixels (8.25" x 8.24" desktop) and contain less than 20% text

**Target topics**
Agribusiness, agricultural machinery, combine harvester, farm or agriculture, Agriculture field of study, farming, agriculture, farmer, agriculture specialist, farm managers, general farmer, farm supervisor, agriculture worker, farm owner operator, construction and extraction, installation and repair services, farming, fishing and forestry or cleaning and maintenance services

**Tactical implementation**

- We will test more than one version of the ad to optimize on messaging
- Budget allocations within the Facebook platforms can be adjusted based on performance

5

# National Magazines
targeted to farmers and the agricultural community

**Overview** – all ads will run 1x during the 150-day campaign. Size is ½ page.
Total circulation estimated at 1,337,427.

| Publication | Circulation | Comments |
|---|---|---|
| Successful Farming | 390,000 | 4/color |
| Farm & Ranch Living | 200,000 | B & W |
| Progressive Farmer | 412,352 | Marketplace section 4/c |
| Farm Journal | 335,075 | Buyer's Resource Section, rear of book 4/c |

# State/Regional Agricultural Magazines
Targets farmers and the agricultural community

**Overview** – all ads will run 1x during the 150-day campaign. Size varies by
publication, but approximately 5" x 5 ½". Total circulation is estimated at 324,029.

| Publication | Circulation | State/Comments |
|---|---|---|
| Midwest Messenger | 43,794 | Nebraska, B & W |
| OK Farm Bureau Country | 90,000 | Oklahoma, 4/c same as B & W |
| MFA Today's Farmer | 30,372 | Missouri, B & W |
| Iowa Spokesman | 55,669 | Iowa, ¼ tab size, B & W |
| Illinois Agrinews | 23,781 | Illinois, B & W |
| Indiana Agrinews | 12,338 | Indiana, B & W |
| Arkansas Agriculture | 46,075 | Arkansas, 4/c premium waived |
| Kansas Farmer | 22,000 | Kansas, B&W |

# Agricultural Magazines - Online display

Overview – banner ads to run on the digital platforms of selected national ag
magazines. Progressive Farmer https://www.dtnpf.com/agriculture/web/ag/home
and Farm Journal https://www.agweb.com/.  These sites are targeted at farmers
nationally.

| Website | Impressions | Comments |
|---|---|---|
| Progressive Farmer | 500,000 | 100k/mo. 3 mos. |
| Farm Journal | 600,000 | 200k/mo. 3 mos. |

6

# Daily Newspapers

| State | Publication | Pub day(s) | Daily circ | Readership |
|---|---|---|---|---|
| IA | Cedar Rapids Gazette | Sun-Sat | 31,666 | 66,499 |
| IA | Des Moines Register | Sun-Sat | 59,921 | 125,834 |
| IA | Dubuque Telegraph Herald | Sun-Sat | 22,109 | 46,429 |
| AR | Arkansas Democrat Gazette | Sun-Sat | 104,539 | 219,532 |
| AR | Fort Smith Times Record | Sun- Sat | 13,754 | 28,883 |
| IL | Chicago Tribune | Sun-Sat | 181,718 | 381,608 |
| IL | Chicago Sun Times | Sun-Sat | 131,402 | 275,944 |
| OK | Oklahoma City Daily Oklahoman | Sun-Sat | 92,073 | 193,353 |
| OK | Tulsa World | Sun-Sat | 57,547 | 120,849 |
| NE | Omaha World Herald | Sun-Sat | 155,000 | 325,500 |
| IN | The Indianapolis Star | Mon- Sat | 166,542 | 349,738 |
| IN | The Times | Sun-Sat | 71,184 | 149,486 |
| MO | St. Louis Post Dispatch | Sun-Sat | 85,000 | 178,500 |
| MO | Kansas City Star | Sun-Sat | 71,512 | 150,175 |
| MO | Clinton News | Mon-Fri | 3,685 | 7,739 |
| MO | Columbia Daily Tribune | Wed | 10,500 | 22,050 |
| MO | Columbia Daily Tribune | M-T, Th-Sat | 9,000 | 18,900 |
| MO | Daily American Republic | Tue-Fri | 6,200 | 13,020 |
| MO | Hannibal Courier Post | Tue-Sat | 4,433 | 9,309 |
| MO | Jefferson City News Tribune | Sun-Sat | 15,000 | 31,500 |
| MO | Joplin Globe | Sun-Sat | 18,922 | 39,736 |
| MO | Sedalia Democrat | Mon-Sat | 5,693 | 11,955 |
| MO | Southeastern Missourian | Wed | 15,755 | 33,086 |
| MO | Southeastern Missourian | M-T, Th-Sat | 10,700 | 22,470 |
| MO | Springfield News Leader | Sun-Sat | 29,120 | 61,152 |
| MO | St Joseph News Press | Sun-Sat | 23,500 | 49,350 |
| MO | The Examiner | Tue-Sat | 6,500 | 13,650 |
| KS | Kansas City Star | M-Sun | 80,818 | 169,718 |
| KS | Wichita Eagle | M-Sun | 28,809 | 60,499 |
| GRAND TOTAL 1X frequency | Dailies | | 1,512,602 | 3,176,464 |

# Weekly Newspapers

## Iowa

| County | Publication | Pub day(s) | Daily circ | Readership |
|---|---|---|---:|---:|
| Adair | Adair News | Thursday | 955 | 2,006 |
| Adams | Corning Adams Co. Free Press | Thursday | 1,095 | 2,300 |
| Allamakee | Waukon Standard | Wednesday | 2,850 | 5,985 |
| Audubon | Audubon County Advocate Journal | Friday | 1,374 | 2,885 |
| Butler | Parkersburg Eclipse-News-Review | Wednesday | 1,122 | 2,356 |
| Chickasaw | New Hampton Tribune | Tuesday | 2,072 | 4,351 |
| Clayton | Guttenberg Press | Wednesday | 2,018 | 4,238 |
| Davis | Bloomfield Democrat | Wednesday | 1,489 | 3,127 |
| Decatur | Leon Journal-Reporter | Wednesday | 1,590 | 3,339 |
| Delaware | Manchester Press | Wednesday | 1,979 | 4,156 |
| Franklin | Hampton Chronicle | Wednesday | 1,506 | 3,163 |
| Greene | Jefferson Herald | Thursday | 1,841 | 3,866 |
| Guthrie | Bayard News Gazette | Thursday | 1,294 | 2,717 |
| Hancock | Garner Leader | Wednesday | 1,123 | 2,358 |
| Howard | Cresco Times Plain Dealer | Wednesday | 2,447 | 5,139 |
| Keokuk | Sigourney News-Review | Wednesday | 1,299 | 2,728 |
| Kossuth | Algona Kossuth County Advance | Thursday | 2,566 | 5,389 |
| Lyon | Doon Press | Thursday | 1,108 | 2,327 |
| Mitchel | Osage Mitchell Co. Press-News | Tuesday | 1,624 | 3,410 |
| Osceola | Ocheyedan Press-Melvin News | Wednesday | 1,100 | 2,310 |
| Palo Alto | Emmetsburg Democrat | Thursday | 1,575 | 3,308 |
| Pocahontas | Pocahontas Record Democrat | Wednesday | 1,517 | 3,186 |
| Ringgold | Mount Ayr Record News | Thursday | 1,755 | 3,686 |
| Sac | Sac City Sac Sun | Tuesday | 1,164 | 2,444 |
| Taylor | Bedford Times Press | Wednesday | 1,050 | 2,205 |
| Van Buren | Keosauqua Van Buren Register | Thursday | 3,194 | 6,707 |
| Wayne | Corydon Times Republican | Tuesday | 1,325 | 2,783 |
| Winneshiek | Decorah Public Opinion | Tuesday | 4,297 | 9,024 |
| Worth | Northwood Anchor | Wednesday | 1,620 | 3,402 |
| | | | **49,949** | **104,893** |

## Missouri

| County | Publication | Pub day(s) | Daily circ | Readership |
|---|---|---|---:|---:|
| Atchison | Rock Port Atchison County Mail | Thursday | 1,733 | 3,639 |
| Barton | Lamar Democrat | Wednesday | 1,450 | 3,045 |
| Bates | Butler News-Xpress | Friday | 1,200 | 2,520 |
| Caldwell | Hamilton Caldwell County News | Tuesday | 1,082 | 2,272 |

Case 4:18-cv-00941-BP   Document 126-2   Filed 02/12/20   Page 21 of 31

| Carroll | Carrolton Democrat | Wednesday | 1,435 | 3,014 |
|---|---|---|---|---|
| Chariton | Salisbury Chariton County Journal | Thursday | 2,200 | 4,620 |
| Clark | Kahoka Media | Wednesday | 2,000 | 4,200 |
| Dade | Greenfield Vedette | Thursday | 1,600 | 3,360 |
| Dallas | Buffalo Reflex | Wednesday | 4,156 | 8,728 |
| Daviess | Gallatin North Missourian | Wednesday | 1,487 | 3,123 |
| Dekalb | Maysville DeKalb Co. Record-Herald | Thursday | 1,308 | 2,747 |
| Douglas | Ava Douglas Co. Herald | Thursday | 2,900 | 6,090 |
| Gentry | King City Tri-County News | Friday | 1,120 | 2,352 |
| Grundy | Trenton Republican-Times | Tues, Fri | 2,000 | 4,200 |
| Harrison | Bethany Republican-Clipper | Wednesday | 2,450 | 5,145 |
| Holt | Oregon Times Observer | Thursday | 875 | 1,838 |
| Howard | Fayette Advertiser | Wednesday | 1,500 | 3,150 |
| Knox | Edina Sentinel | Wednesday | 1,600 | 3,360 |
| Lewis | Canton Press-News Journal | Thursday | 1,083 | 2,274 |
| Macon | LaPlata Macon County Home Press | Wednesday | 1,500 | 3,150 |
| Maries | Vienna Maries County Gazette | Wednesday | 2,260 | 4,746 |
| Mercer | Princeton Post-Telegraph | Thursday | 1,100 | 2,310 |
| Moniteau | California Democrat | Wednesday | 2,580 | 5,418 |
| Monroe | Paris Monroe Co. Appeal | Thursday | 1,200 | 2,520 |
| Oregon | Thayer South Missourian News | Thursday | 1,100 | 2,310 |
| Osage | Linn Unterrified Democrat | Wednesday | 3,900 | 8,190 |
| Ozark | Gainesville Ozark County Times | Wednesday | 3,474 | 7,295 |
| Putnam | Unionville Republican | Wednesday | 1,535 | 3,224 |
| Schuyler | Queen City Schuyler County Times | Thursday | 1,300 | 2,730 |
| Scotland | Memphis Democrat | Thursday | 1,900 | 3,990 |
| Shelby | Shelbina Weekly | Wednesday | 1,400 | 2,940 |
| St. Clair | Osceola St. Clair County Courier | Friday | 1,520 | 3,192 |
| Sullivan | Milan Standard | Thursday | 2,100 | 4,410 |
| Worth | Grant City Times-Tribune | Thursday | 810 | 1,701 |
| Moniteau | Tipton Times | Thursday | 1,465 | 3,077 |
| Taney | Branson Tri-Lake News | Wed, Sat | 6,300 | 13,230 |
| Barry | Cassville Democrat | Wednesday | 1,800 | 3,780 |
| | | | **70,423** | **147,888** |

Case 4:18-cv-00941-BP   Document 126-2   Filed 02/12/20   Page 22 of 31

## OKLAHOMA

| | | | | |
|---|---|---|---|---|
| Atoka | Atoka County Times | W | 3,099 | 6,508 |
| Blaine | Watonga Republican | W | 1,896 | 3,982 |
| Choctaw | Hugo News | T F | 1,971 | 4,139 |
| Coal | Coalgate Record-Register | W | 1,803 | 3,786 |
| Dewey | Seiling Dewey County Record | TH | 579 | 1,216 |
| Ellis | Shattuck NW Oklahoman | TH | 424 | 890 |
| Greer | Mangum Star-News | TH | 1,246 | 2,617 |
| Harper | Buffalo Weekly News | W | 812 | 1,705 |
| Haskell | Stigler News-Sentinel | TH | 3,756 | 7,888 |
| Hughes | Holdenville News | S W | 2,000 | 4,200 |
| Kiowa | Hobart Democrat-Chief | TH | 2,422 | 5,086 |
| Latimer | Wilburton - Latimer Co. News -Tribune | TH | 1,639 | 3,442 |
| Lincoln | Chandler - Lincoln County News | TH | 2,901 | 6,092 |
| Noble | Perry Journal | W Sat | 3,338 | 7,010 |
| Nowata | Nowata Star | W | 3,362 | 7,060 |
| Okfuskee | Okemah News Leader | TH | 2,625 | 5,513 |
| Pushmataha | Antlers American | TH | 1,402 | 2,944 |
| Roger Mills | Cheyenne Star | TH | 1,271 | 2,669 |
| Washita | Cordell Beacon | W | 1,511 | 3,173 |
| Washita | Sentinel Leader | TH | 588 | 1,235 |
| Woods | Alva Review Courier | S F | 690 | 1,449 |
| | | | **39,335** | **82,604** |

## ILLINOIS

| | | | | |
|---|---|---|---|---|
| Calhoun | Hardin Calhoun News-Herald | W | 1,800 | 3,780 |
| Jasper | Newton Jasper County News Eagle | M | 5,650 | 11,865 |
| Schuyler | Rushville Times | W | 2,975 | 6,248 |
| Hamilton | McLeansboro Gazette | Th | 4,500 | 9,450 |
| Pope | Golconda Herald Enterprise | W | 1,500 | 3,150 |
| | | | **16,425** | **34,493** |

## NEBRASKA

| | | | | |
|---|---|---|---|---|
| Antelope County | Orchard/Neligh/Clearwater/Ewing Antelope Co. News | Wednesday | 2,555 | 5,366 |
| Arthur County | Arthur Enterprise | Thursday | 310 | 651 |
| Boone County | Albion News | Wednesday | 1,969 | 4,135 |
| Boyd County | Spencer Advocate | Thursday | 738 | 1,550 |
| Brown County | Ainsworth Star-Journal | Wednesday | 1,279 | 2,686 |
| Burt County | Tekamah Burt Co. Plaindealer | Tuesday | 1,264 | 2,654 |
| Butler County | David City Banner-Press | Thursday | 1,632 | 3,427 |
| Cedar County | Hartington Cedar Co. News* | Wednesday | 1,493 | 3,135 |
| Chase County | Imperial Republican | Thursday | 1,598 | 3,356 |

| | | | | |
|---|---|---|---|---|
| Cherry County | Valentine Midland News | Wednesday | 1,502 | 3,154 |
| Cheyenne County | Sidney Sun-Telegraph | Wed, Fri | 1,459 | 3,064 |
| Clay County | Sutton Clay Co. News | Wednesday | 1,636 | 3,436 |
| Cuming County | West Point News | Wednesday | 2,071 | 4,349 |
| Custer County | Broken Bow Custer Co. Chief | Thursday | 1,865 | 3,917 |
| Dixon County | Ponca NE Journal-Leader | Thursday | 1,296 | 2,722 |
| Dundy County | Benkelman Post & News-Chronicle | Wednesday | 944 | 1,982 |
| Fillmore County | Geneva Nebraska Signal | Wednesday | 1,854 | 3,893 |
| Franklin County | Franklin County Chronicle | Wednesday | 1,045 | 2,195 |
| Frontier County | Curtis Frontier Co. Enterprise | Thursday | 822 | 1,726 |
| Furnas County | Cambridge Clarion | Thursday | 1,671 | 3,509 |
| Garden County | Oshkosh Garden Co. News | Wednesday | 1,041 | 2,186 |
| Garfield County | Burwell Tribune | Wednesday | 907 | 1,905 |
| Grant County | Hyannis Grant Co. News | Thursday | 416 | 874 |
| Greeley County | Greeley Citizen | Thursday | 807 | 1,695 |
| Harlan County | Alma Harlan Co. Journal | Thursday | 942 | 1,978 |
| Hayes County | Hayes Center Times-Republican | Thursday | 400 | 840 |
| Hitchcock County | Trenton Hitchcock Co. News | Thursday | 957 | 2,010 |
| Holt County | O'Neill Holt Co. Independent | Thursday | 1,739 | 3,652 |
| Hooker County | Mullen Hooker Co. Tribune | Thursday | 722 | 1,516 |
| Howard County | St. Paul Phonograph-Herald | Wednesday | 2,097 | 4,404 |
| Jefferson County | Fairbury Journal-News* | Wednesday | 2,103 | 4,416 |
| Johnson County | Tecumseh Chieftain | Thursday | 1,511 | 3,173 |
| Keya Paha County | Springview Herald | Wednesday | 637 | 1,338 |
| Kimball County | Kimball Western Nebraska Observer* | Thursday | 878 | 1,844 |
| Knox County | Bloomfield/Creighton Knox Co. News/Monitor | Wednesday | 2,338 | 4,910 |
| Logan County | Stapleton Enterprise | Thursday | 703 | 1,476 |
| Morrill County | Bayard Transcript | Wednesday | 971 | 2,039 |
| Nance County | Fullerton Nance Co. Journal | Wednesday | 1,094 | 2,297 |
| Nuckolls County | Superior Express | Thursday | 2,460 | 5,166 |
| Pawnee County | Pawnee Republican | Thursday | 1,179 | 2,476 |
| Perkins County | Grant Tribune-Sentinel | Wednesday | 1,041 | 2,186 |
| Pierce County | Pierce Co. Leader | Thursday | 1,330 | 2,793 |
| Polk County | Stromsburg Polk Co. News | Thursday | 1,212 | 2,545 |
| Richardson County | Humboldt Standard | Thursday | 720 | 1,512 |
| Rock County | Bassett Rock Co. Leader | Wednesday | 902 | 1,894 |
| Sheridan County | Gordon Sheridan Co. Journal-Star | Wednesday | 1,186 | 2,491 |
| Sherman County | Loup City Sherman Co. Times | Wednesday | 771 | 1,619 |
| Stanton County | Stanton Register | Wednesday | 727 | 1,527 |
| Thayer County | Hebron Journal-Register | Wednesday | 1,643 | 3,450 |
| Thomas County | Thedford Thomas County Herald | Thursday | 410 | 861 |

11

| | | | | |
|---|---|---|---|---|
| Valley County | Ord Quiz | Wednesday | 1,374 | 2,885 |
| Webster County | Red Cloud Chief | Wednesday | 968 | 2,033 |
| | | | **65,189** | **136,897** |

## ARKANSAS

| | | | | |
|---|---|---|---|---|
| Madison County | Huntsville Madison County Record | Thursday | 3282 | 6892.2 |
| Newton County | Jasper Newton County Times | Wednesday | 1218 | 2557.8 |
| Prairie County | Hazen Grand Prairie Herald | Wednesday | 691 | 1451.1 |
| Searcy County | Marshall Mountain Wave | Thursday | 2279 | 4785.9 |
| | | | **7,470** | **15,687** |

## KANSAS

| | | | | |
|---|---|---|---|---|
| Anderson | Garnett Anderson County Area Community News | Tuesday | 3,800 | 7,980 |
| Barber | Gyp Hill Premiere | Monday | 1,051 | 2,207 |
| Chase | Cottonwood Falls Chase County Leader-News | Thursday | 692 | 1,453 |
| Chautauqua and Elk | Sedan Prairie Star | Wednesday | 1,438 | 3,020 |
| Cheyenne | St. Francis Herald & Bird City Times | Thursday | 1,092 | 2,293 |
| Clark | Minneola Clark County Gazette | Wednesday | 760 | 1,596 |
| Coffey | Burlington Coffey County Republican | Thursday | 2,591 | 5,441 |
| Comanche | Coldwater Western Star | Thursday | 751 | 1,577 |
| Decatur | Oberlin Herald | Wednesday | 1,125 | 2,363 |
| Doniphan | Wathena Kansas Chief | Thursday | 1,995 | 4,190 |
| Edwards | Kinsley Edwards County Sentinel | Wednesday | 509 | 1,069 |
| Gove | Quinter Gove County Advocate | Wednesday | 1,143 | 2,400 |
| Graham | Hill City Times | Wednesday | 1,528 | 3,209 |
| Gray | Montezuma Press | Thursday | 877 | 1,842 |
| Hamilton | Syracuse Journal | Wednesday | 646 | 1,357 |
| Harper | Anthony Republican | Wednesday | 1,390 | 2,919 |
| Hodgeman | Jetmore Republican | Wednesday | 461 | 968 |
| Jackson | Holton Recorder | Mon, Wed | 3,240 | 6,804 |
| Jewell | Mankato Jewell County Record | Thursday | 526 | 1,105 |
| Kearny | Lakin Independent | Wednesday | 995 | 2,090 |
| Kingman | Kingman Leader-Courier | Thursday | 930 | 1,953 |
| Kiowa | Mullinville Merchant's Directory | Wednesday | 414 | 869 |
| Lane | Dighton Herald | Wednesday | 665 | 1,397 |
| Lincoln | Lincoln Sentinel-Republican | Thursday | 719 | 1,510 |
| Linn | Pleasanton Linn County News | Wednesday | 1,299 | 2,728 |
| Logan | Oakley Graphic | Wednesday | 902 | 1,894 |
| Marion | Marion County Record | Wednesday | 2,071 | 4,349 |
| Marshall | Marysville Advocate | Thursday | 3,550 | 7,455 |
| Meade | Meade County News | Wednesday | 1,613 | 3,387 |
| Morris | White City Prairie Post | Thursday | 566 | 1,189 |

12

| | | | | |
|---|---|---|---|---|
| Morton | Elkhart Tri-State News | Thursday | 496 | 1,042 |
| Nemaha | Seneca Courier-Tribune | Wednesday | 2,670 | 5,607 |
| Ness | Ness County News | Thursday | 1,295 | 2,720 |
| Norton | Norton Telegram | Wednesday | 963 | 2,022 |
| Osage | Osage City Osage County Herald-Chronicle | Thursday | 3,898 | 8,186 |
| Osborne | Osborne County Farmer | Thursday | 924 | 1,940 |
| Ottawa | Minneapolis Messenger | Thursday | 964 | 2,024 |
| Phillips | Russell Phillips County Review | Wednesday | 952 | 1,999 |
| Rawlins | Atwood Rawlins County Square Deal | Thursday | 1,594 | 3,347 |
| Republic | Belleville Telescope | Thursday | 2,673 | 5,613 |
| Rooks | Stockton Sentinel | Thursday | 1,159 | 2,434 |
| Rush | La Crosse Rush County News | Wednesday | 897 | 1,884 |
| Sheridan | Sheridan Sentinel | Thursday | 503 | 1,056 |
| Sherman | Goodand Star-News | Tues, Fri | 1,119 | 2,350 |
| Smith | Smith County Pioneer | Thursday | 1,535 | 3,224 |
| Stafford | Stafford Courier | Wednesday | 836 | 1,756 |
| Stanton | Johnson Pioneer | Thursday | 703 | 1,476 |
| Stevens | Hugoton Hermes | Thursday | 1,146 | 2,407 |
| Trego | Russell Western Kansas World | Thursday | 1,263 | 2,652 |
| Wabaunsee | Alma Wabaunsee County Signal-Enterprise | Thursday | 983 | 2,064 |
| Wallace | Sharon Springs Western Times | Thursday | 549 | 1,153 |
| Washington | Washington County News | Thursday | 1,909 | 4,009 |
| Wichita | Leoti Wichita County Native Sun (aka Leoti Standard) | Wednesday | 583 | 1,224 |
| Woodson | Yates Center News | Thursday | 1,186 | 2,491 |
| | | | 70,139 | 147,292 |
| **GRAND TOTAL 1X frequency** | **Weeklies** | | 318,930 | 669,753 |

# Cable Television – RFD-TV

**Overview**

RFD-TV is the flagship network for Rural Media Group. It is the nation's first 24-hour television network featuring programming focused on the agribusiness, equine and the rural lifestyles, along with traditional country music and entertainment.

RFD-TV produces six hours of live news each weekday in support of rural America and is a leading independent cable channel available in more than 52,000,000 homes on Dish, DirecTV, AT&T U-Verse, Charter Spectrum, Cox, Comcast, Mediacom, Suddenlink and many other rural cable systems.

In addition, RFD-TV can be streamed via The Country Club, DirecTV NOW, Roku and Sling TVs Heartland Extra package. RFD-TV is the number one source for market and commodities information as it happens.

Research shows that over 63% of all producers watch RFD-TV with most watching agriculture-oriented programs. Up to 73% have access to RFD-TV through satellite or cable; 60% get their television signal from satellite TV (Dish Network has the most, with 33%).

We recommend a total of 44 :30 second spots, favoring the Market Day Report for the most spots. We would run these when the campaign launches, followed by the Rural Evening News for two weeks. The Ag Rotation would be the final two weeks of the TV schedule.

| Daypart | Frequency | Comments |
|---|---|---|
| Market Day Report | 20x; 3x/wk x 6 wks + 2 in final week | M – F ( 5 hrs./day |
| Rural Evening News | 12x; 6x/wk. x 2 wks | M – F  7:30 - 8pm |
| Ag Rotation | 12x; 6x/wk x 2 wks | M - Sun |

| Programming | Daypart | Avg viewing HHs |
|---|---|---|
| Market Day Report | M – F, 9am – 2pm | 14,000 |
| Rural Evening News | 7:30-8pm | 14,000 |
| Rural Evening News | 11:30 – 12am | 6,000 |
| Rural Evening News | 7:30 – 8am | 6,000 |
| Ag programs | M - Sun | 11,000 |
| Ag Rotation | Weekends | 18,000 |

Every day, Market Day Report (airing 5 hours daily, M-F) delivers "live" coverage of agri-business news, weather and commodity market information from across the world. The market coverage is constantly updated every half-hour brining farmers the latest on the markets.

Rural Evening News (airing 30 minutes daily, M-F) presents the day's news surrounding agriculture and markets from across the world. Along with market

news, RFD-TV's news staff broadcasts news stories covering topics including auctions, cattle, farm equipment, ranch, real estate and much more.

Ag Rotation means that a spot will rotate throughout RFD's agricultural focused programming.

## Satellite Radio – Rural Radio (broad coverage)

**Overview**
Exclusively on Sirius XM channel 147, Rural Radio 147 is the largest agribusiness and Western-lifestyle channel for the US and Canada. Rural Radio is available to 28,000,000 U.S. households and 3,000,000 Canadian households. Rural Radio provides broad coverage in farming communities across the country. Rural Radio 147's program schedule revolves around original productions focused on agriculture, equine, hunting, fishing, Western sports, and living the country life in small towns around rural America. The channel airs multiple exclusive news and agriculture series along with live broadcasts of Western sports competitions from the PBR, PRCA rodeos, and WPCA Chuckwagon races.

Research shows that more than 50% of US producers subscribe or listen to SiriusXM. Sixty-eight percent of Rural Radio 147's listeners in all the states surveyed do NOT listen to AM/FM broadcasters for farm information in the previous month surveyed.

Recommended programming for Rural Radio 147: Market Day Report: :30 second spot. Radio is simulcast with TV broadcast (M-F, 9a-2p). 60 :30 second spots run in flights; 1x a day for 30 consecutive days, then 1x every other day over 60 days spanning a 90 day period.

| Name | # spots |
|------|---------|
| SiriusXM | 60 |

# Terrestrial Radio
**Ag network** (targeted geographic coverage)

**Overview**
This is a network of stations that target farmers – both crop and livestock. The network configuration allows us to target all seven of Citgo's largest revenue states. *They trend to the larger producers, managing over 250+ acres of crops.* The programming is state based programming that consists of:
- Local/State news
- Local weather
- Local and national grain and livestock market reports
- National ag news

We recommend airing spots with programming relevant to the target audience that starts at 5am to 3pm (market close reports). The station format is different in each state and area. The network seeks high listenership stations that carry the ag programming. Formats range from country, rock to talk.

Budget is for a total of 140 :60 second spots. One spot per day, 5x/wk for four weeks. The schedule would be in two flight; three weeks on, two weeks off, and two weeks on, spanning seven weeks.

16

| State | Name | # of stations | # of farmers | Avg. reach/spot | # spots |
|-------|------|---------------|--------------|-----------------|---------|
| MO | MO radio network | 4 | 37,000 | 12,500 | 20 |
| IN | Hoosier Ag Today | 12 | 36,000 | 15,000 | 20 |
| IL | RFD IL Network | 16 | 62,000 | 28,000 | 20 |
| IA | Agribusiness Radio Network | 15 | 65,000 | 21,300 | 20 |
| NE | Rural Radio Network | 14 | 62,000 | 24,000 | 20 |
| OK | Radio OK Network | 40 | 19,000 | 6,500 | 20 |
| AR | Northern Delta Network | 12 | 14,000 | 5,400 | 20 |

## Publicity

We recommend distributing a press release to go out close to the launch of the notice campaign to raise consumer awareness to the settlement. The national release would be offered to online news outlets and other sites via PRweb.

## Campaign timing

Once a start date is determined, the agency will develop a timeline for the campaign. All ads must be approved by the media prior to going live. In the early stages of the campaign, we may alter the pace by either accelerating or holding back digital impressions to get an indication of performance.

## Tracking

Given the multi-media, multi-platform nature of this notice campaign, digital traffic to the website will be tracked using UTM (urchin tracking module) or other tracking methods to determine from where the traffic is being generated. Google Analytics will capture this information that will serve as vital decision support data from which to reallocate budget as may be necessary.

## General notes

All digital and social campaigns are subject to fine-tuning once the campaigns start. Near real-time data allows to us monitor and manage the campaigns as they are in progress.

The numbers stated in this proposal are estimates and in no way should they be construed as guarantees of performance.

# Media Summary

| Platform | Impressions | Reach | Frequency cap |
|---|---|---|---|
| Google Display Network | 12,643,700 | 1,264,370 | 10x over campaign |
| Google Search | n/a | n/a | n/a |
| Facebook | 4,635,000 | 927,000 | 5x over campaign |
| Print - national | 1,337,427 | 1,337,427 | 1x |
| Print – state | 324,029 | 324,029 | 1x |
| Online ag sites display ads | 1,100,000 | 1,100,000 | n/a |
| Print – daily newspapers | 1,512,602 | 1,512,602 | 1x |
| Print – weekly newspapers | 318,930 | 318,930 | 1x |
| Broadcast - TV | 580.000 | n/a | n/a |
| Broadcast – Rural Radio | TBD | n/a | n/a |
| Broadcast  - Ag Network | n/a | 2,254,000 | n/a |
| Total | 21,872,268 | 9,038,358 | |

We are not counting pass along circulation for print media in reach calculations, so impressions = reach. Frequency caps for online display ads on ag sites and on TV and Rural Radio are not yet established. Once the schedule is finalized we can add the reach where appropriate. Reach figures are calculated *within* the medium used and not across all media.

All representations of impressions and reach are estimates. We calculate some digital impression and reach estimates based on the midpoint of the range provided by the medium.

Once the campaign start date is established, we will recommend the timing of the different media over the 150-day campaign.