IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SHAWN HORNBECK, et al.           )
each on behalf of himself        )
and others similarly situated;   )
                                 )
            Plaintiffs,           )
                                 )        Case No. 18-00941-CV-W-BP
        v.                        )
                                 )
ORSCHELN FARM AND HOME, LLC      )
d/b/a ORSCHELN FARM AND HOME,    )
et al.                           )

## ORDER APPROVING STATUS REPORT
## ON SETTLEMENT ADMINISTRATION

The Court has reviewed the parties' Status Update and Joint Motion to Approve Settlement Administration, (Doc. 143). The Court has no objection to the administration of the settlement to date or to the proposed steps in anticipation of the parties submitting a final report by June 30, 2021. The Court therefore grants the motion and approves (1) the March 16, 2021 Status Report and (2) the Settlement Administrator's continued implementation of this Class Settlement Agreement in accordance with the Joint Motion, the Final Approval Order, and the Settlement Agreement.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: March 17, 2021                    UNITED STATES DISTRICT COURT