IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHAWN HORNBECK, et al. each on behalf of himself and others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> ORSCHELN FARM AND HOME, LLC d/b/a ORSCHELN FARM AND HOME, et al. | Case No. 18-00941-CV-W-BP |

**ORDER APPROVING REVISED FINAL STATUS REPORT
ON SETTLEMENT ADMINISTRATION AND DISTRIBUTION**

The Court has reviewed the Revised Final Status Report on Settlement Administration and Distribution, ("the Revised Final Status Report") filed on August 17, 2021, (Doc. 150). The Court approves the Revised Final Status Report. The Court also approves Legal Aid of Western Missouri as the *cy pres* recipient and finds that a further distribution to Class Members would not be practical given the cost of distribution and the small amount remaining in the Class Settlement Fund. The Court further approves the Settlement Administrator's final implementation of this Class Settlement as set forth in the Revised Final Status Report, with 50% of the uncashed bucket checks remaining in the Class Settlement Fund (currently $70,592.95) as of October 1, 2021 to be paid to CITGO and 50% paid to *cy pres* recipient Legal Aid of Western Missouri.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
Date: August 19, 2021    UNITED STATES DISTRICT COURT